UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES RUTHERFORD | ) | Case No. 5:17-cv-02384-RGK-SHK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER DISMISSING ACTION FOR |
| | ) | LACK OF PROSECUTION |
| RODEWAY INN-INDIO, et al., | ) | |
| Defendant(s). | ) | |

On January 23, 2018, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [13]. A response to the Order to Show Cause was due on or before January 30, 2018. As of this date, plaintiff has failed to respond to the Order to Show Cause. Therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: January 31, 2018

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE